NATHAN STRAUS & SONS, INC., Appellant, v. BENJAMIN W. SANGOR, Respondent. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SIDNEY S. BERKOWITZ, Respondent, v. THE MENGEL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of THOMAS C. STEPHENS and Others, Certificate Holders and Representatives of Certificate Holders, Respondents, for Their Appointment as Trustees for the Investors in Series N-30 of Said NEW YORK TITLE AND MORTGAGE COMPANY in Rehabilitation. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of the NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.— Final order reversed, with costs and disbursements to the appellant, Superintendent of Insurance of the State of New York, as rehabilitator, etc., and the petition dismissed, on the authority of *Matter of New York Title & Mortgage Co.* (241 App. Div. 351). Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

IRVING HOROWITZ, Respondent, v. L. M. BERKELEY, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of ABRAHAM L. ERLANGER, Deceased. MITCHELL L. ERLANGER and CAROLINE BERGMAN, Proponents, Appellants; RUBY WERBA and Others, Appellants; SAUL J. BARON, Temporary Administrator, Proponent; CHARLOTTE FIXEL ERLANGER, Contestant, Respondent.— Order affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ. [145 Misc. 1.]

In the Matter of the Application of HENRY P. KIRK, Respondent, for a Mandamus Order against JOHN J. McELLIGOTT, Fire Commissioner of the City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILLIAM SPIVAK, Appellant, for an Order of Mandamus against JOHN H. DELANEY, Chairman, and Others, Commissioners, Constituting the Board of Transportation of the City of New York, Respondents. — Order so far as appealed from modified as indicated in order, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.